FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 03, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BETH HASBROUCK, a Washington State resident, individually,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>DEPOSITORS INSURANCE COMPANY, a foreign insurance company,<br><br>　　　　　　　　Defendant. | NO: 2:24-CV-0192-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice. ECF No. 11. The parties agree to the dismissal of all claims asserted by Plaintiff in this action with prejudice and without costs or fees. The Court has reviewed the record and files herein and is fully informed.

　　According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal with Prejudice, ECF No. 11, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs or fees to any party.

3. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED December 3, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2